No. 77–5651. HAM v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 77–5652. REITER v. CITY OF KEENE ET AL. Sup. Ct. Tex. Certiorari denied.

No. 77–5654. SELLARS v. CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 77–5655. INGRAM v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–5656. CHRISTOPHER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–5664. MEIER v. SANDEFUR ET AL. Ct. App. Ind. Certiorari denied.

No. 77–5665. CARROLL v. TURNER ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–5670. MARTIN v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 77–5674. CARSON v. ELROD, DIRECTOR, DEPARTMENT OF SOCIAL SERVICES OF VIRGINIA BEACH, ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–5676. BEARD v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 77–5678. QURAISHI v. NYQUIST, COMMISSIONER OF EDUCATION OF NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 77–5679. YOUNG v. CLANON, MEDICAL FACILITY SUPERINTENDENT, ET AL. C. A. 9th Cir. Certiorari denied.

No. 77–5686. STONE v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.